

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00401-CR
### NO. 02-14-00402-CR

ROBERT WAYNE WESTBROOK                                          APPELLANT

V.

THE STATE OF TEXAS                                                    STATE

----------

### FROM THE 297TH DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NOS. 1375130D, 1377192D

----------

## MEMORANDUM OPINION[1]

----------

Appellant Robert Wayne Westbrook attempts to appeal his convictions for burglary of a building. The trial court's certification in each cause states that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2). On September 26, 2014, we notified Westbrook that the appeals would be dismissed pursuant to the trial court's certifications unless he

---

[1]*See* Tex. R. App. P. 47.4.

or any party desiring to continue the appeals filed a response showing grounds for continuing the appeals. *See* Tex. R. App. P. 25.2(d), 44.3. Westbrook filed a response, but it does not show grounds for continuing the appeals. Therefore, in accordance with the trial court's certifications, we dismiss these appeals. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: October 30, 2014